CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Michael A. Hood (SBN 71258)
Michael.Hood@jacksonlewis.com
Monica H. Bullock (SBN 211314)
Monica.Bullock@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone: (949) 885-1360
Attorney for Defendant
C. & J. Clark Retail, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　Plaintiff,<br><br>　v.<br><br>C. & J. CLARK RETAIL, INC., a Pennsylvania Corporation,<br><br>　　Defendants. | Case No.: 5:20-cv-02665-JWH-JC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

1   Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2   parties hereto that this action may be dismissed with prejudice as to all parties; each
3   party to bear his /its own attorneys' fees and costs. This stipulation is made as the matter
4   has been resolved to the satisfaction of all parties.

6   Dated: April 21, 2021        CENTER FOR DISABILITY ACCESS

8                                By: /s/ Amanda Seabock
                                     Amanda Seabock
9                                    Attorneys for Plaintiff

11  Dated: April 21, 2021        JACKSON LEWIS P.C.
12

14                               By:  /s/ Monica H. Bullock
                                      Monica H. Bullock
15                                    Attorney for Defendant
                                      C. & J. Clark Retail, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Monica H. Bullock, counsel for C. & J. Clark Retail, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: April 21, 2021         CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff